UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNOLD FERGUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD EMPLOYEE WELFARE TRUST, a trust administered in Washington State also known as HEWT; BECHTEL HANFORD INCORPORATED, a Washington Corporation; FLUOR HANFORD INCORPORATED, a Washington Corporation; UNITED HEALTH CARE INSURANCE COMPANY, an insurance company doing business in Washington State; WESTINGHOUSE HANFORD COMPANY, a Washington Corporation; HARRY LACHER; DOMINIC SANSOTTA; CAROL JOHNSON; BOARD OF TRUSTEES FOR HEWT, et al.; JOHN and JANE DOES (1-50),<br><br>　　　　Defendants. | No. CV-11-5124-EFS<br><br>**ORDER DISMISSING WESTINGHOUSE HANFORD CO.** |

　　On January 13, 2012, Plaintiff Arnold Ferguson filed a notice voluntarily dismissing his claims against Defendant Westinghouse Hanford Co. without prejudice.  Because Westinghouse Hanford Co. has not answered or filed a summary-judgment motion, dismissal as to Westinghouse Hanford Co. is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's claims against Westinghouse Hanford Co. are **DISMISSED WITHOUT PREJUDICE** and without fees or costs.

2. Westinghouse Hanford Co. shall be **REMOVED** from the case caption.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___17th___ day of January 2012.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\5124.dismiss.west.lc1.frm

ORDER - 2