UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNOLD FERGUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD EMPLOYEE WELFARE TRUST, a trust administered in Washington State also known as HEWT; BECHTEL HANFORD INCORPORATED, a Washington Corporation; FLUOR HANFORD INCORPORATED, a Washington Corporation; UNITED HEALTH CARE INSURANCE COMPANY, an insurance company doing business in Washington State; HARRY LACHER; DOMINIC SANSOTTA; CAROL JOHNSON; BOARD OF TRUSTEES FOR HEWT, et al.; JOHN and JANE DOES (1-50),<br><br>　　　　Defendants. | No. CV-11-5124-EFS<br><br>**ORDER GRANTING THE STIPULATED MOTION TO DISMISS WITH PREJUDICE UNITEDHEALTHCARE INSURANCE COMPANY** |

On January 13, 2012, Plaintiff Arnold Ferguson and Defendant UnitedHealthCare Insurance Company filed a stipulated motion dismissing Mr. Ferguson's claims against UnitedHealthCare Insurance Company with prejudice and without costs.  Consistent with Federal Rule of Civil Procedure 41(a)(2) and the parties' stipulation, **IT IS HEREBY ORDERED**:

1.　Mr. Ferguson's claims against UnitedHealthCare Insurance Company are **DISMISSED WITH PREJUDICE** and without fees or costs.

///

2.   UnitedHealthCare Insurance Company shall be **REMOVED** from the case caption.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___24th___ day of January 2012.

                                         s/ Edward F. Shea
                                             EDWARD F. SHEA
                                  UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\5124.dismiss.united.lc1.frm

ORDER - 2