AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ARNOLD FERGUSON,

                     Plaintiff,

                    JUDGMENT IN A CIVIL CASE

                     v.

HANFORD EMPLOYEE WELFARE TRUST, a trust administered in Washington State also known as HEWT; et al.,

CASE NUMBER: CV-11-5124-EFS

                     Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Court's Order entered on April 24, 2012, ECF No. 62.

| | |
|---|---|
| April 24, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |